AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**
~~WILLIAMSPORT~~

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

JUL 2 5 2024

PER_____*CAW*_____

DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ignacio Salcido-Lopez | )  Case No.  5:24-mj-00063 |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 25, 2024_____ in the county of _____Carbon_____ in the

____Middle____ District of ____Pennsylvania____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt/ Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit in support

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Eric Bailey
*Printed name and title*

Sworn to before me via reliable electronic means.

_____
*Judge's signature*

Date: _____07/25/2024_____

City and state: _____Williamsport, PA_____       U.S. Magistrate Judge William I. Arbuckle
*Printed name and title*